**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 10, 2025

Mr. David A. Portinga
Miller Johnson
45 Ottawa Avenue, S.W.
Suite 1100
Grand Rapids, MI 49503

Re: Case No. 25-6123, *UEC Holdings, Inc. v. Steven Hatcher, et al*
Originating Case No. 3:25-cv-00731

Dear Counsel,

This appeal has been docketed as case number **25-6123** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **December 24, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                       Disclosure of Corporate Affiliations
                       Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                                       Sincerely yours,

                                                       s/Kelly Stephens

                                                       Appeal Case Manager: Gretchen
                                                       Direct Dial No. 513-564-7018

cc: Mr. Jonathan Landesman


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-6123

UEC HOLDINGS, INC.

      Plaintiff - Appellee

v.

STEVEN MARK HATCHER; KENT POWER, INC.; TROY KENT

      Defendants - Appellants